Joseph J. MOEBS, Appellant, v. POTOMAC ELECTRIC POWER COMPANY, a Corporation, Mason M. Patrick, Harleigh H. Hartman et al., Appellees.

No. 5662.

Court of Appeals of the District of Columbia.

Argued Feb. 14, 1933.

Decided March 27, 1933.

■

Charles F. Diggs, Richard E. Shands, and Cornelius H. Bull, all of Washington, D. C., for appellant.

S. R. Bowen and John S. Barbour, both of Washington, D. C., for appellee Potomac Electric Power Co.

William W. Bride and William A. Roberts, both of Washington, D. C., for intervener Public Utilities Commission.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

GRONER, Associate Justice.

This case is controlled by the opinion and decision in Lewis v. Potomac Electric Power Co., —— App. D. C. ——, 64 F.(2d) 701, decided this day, and the decree of the lower court is therefore affirmed.

Affirmed.